JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
Las Vegas, Nevada 89101
(702) 938-1510
jlewkowski@psalaw.net
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INGEBORG KLEIN,<br><br>             Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; DOES I through X, inclusive,<br><br>             Defendants. | Case No.: 2:08-CV-01194-LDG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed, with prejudice, each party to

///

///

///

///

///

///

bear their own costs and attorney's fees.

DATED this ___30___ day of September, 2010.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**         **BOURKE & NOLD**

_____              _____
JENNIFER LEWKOWSKI, ESQ.                     JOSEPH T. NOLD, ESQ
Nevada Bar No. 10823                         Nevada Bar No. 008210
504 S. Ninth Street                          521 S. 6th Street
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89101
*Attorneys for Defendant*                    *Attorneys for Plaintiff*
*Wal-Mart Stores, Inc.*

***

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this ___1___ day of October, 2010.

_____
**DISTRICT COURT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*