1
2
3
4
5
6       **UNITED STATES DISTRICT COURT**
7       **DISTRICT OF NEVADA**
8
9
10  INGEBORG KLEIN,                          2:08-cv-1194-LDG-GWF
11          Plaintiff,
                                             **ORDER**
12  v.
13  WAL-MART STORES, INC., a Delaware
    Corporation; DOES I through X, inclusive,
14
15          Defendants.
16
17      Good cause appearing, and pursuant to Rule 5.2,;
        THE COURT HEREBY ORDERS that Exhibits B (ECF No. 15-2), C (ECF No. 15-3), E
18  (ECF No. 15-5), F (ECF No. 15-6), and G (ECF No. 15-7) are SEALED.
19
20      DATED this ____ day of January, 2011.
21
22
23      _____
        Lloyd D. George
24      United States District Judge
25
26